# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

CATHERINE COCHRANE, on her own behalf and
all similarly situated individuals,

      Plaintiff,

v.                                               CASE NO. 2:11-CV-245-FtM-36SPC

LETTUCE FEED YOU, INC., a Florida profit
corporation, WILLIAM BARNWELL, individually,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Chappell on June 27, 2011 (Dkt. 22), recommending that the Court grant the Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, For Dismissal of Action with Prejudice (Dkt. 21).  On June 28, 2011, the parties filed a Joint Notice of Non Objection to Report and Recommendation (Dkt. 23).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 22) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, For Dismissal of the Action With Prejudice (Dkt. 21) is **GRANTED**. The Settlement Agreement, Waiver and Release (Dkt. 21, Ex. A) is **APPROVED,** as it constitutes a reasonable resolution of this case.

3) This action is **DISMISSED with prejudice**.

3) The clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on June 30, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD